## THE EASTERN KY. RAILWAY CO. v. GREENUP COUNTY.

**Railroads—Taxation for Local Purposes—General Laws.**
    Railroads are not legitimate subjects of local taxation under the general laws of this state.

APPEAL FROM GREENUP CIRCUIT COURT.

January 4, 1871.

OPINION OF THE COURT BY JUDGE LINDSAY:

This was a motion in the Greenup County Court by the Eastern

Kentucky Railway Company to have the assessment of their property for the year 1870 corrected. Upon the trial of said motion it was proven that the company had, before the 10th of July, 1870, returned to the auditor the length of their road, &c., in compliance with the requirements of the act of February 20th, 1864 *(Myers Supplement)*.

The motion was sustained so far as the assessment for state revenue purposes was concerned, but it was ordered that the valuation fixed on the road, road-bed, engines, fixtures, &c., viz: $260,000 be retained on the assessor's book for the purpose of being subjected to taxation for county purposes, and from this portion of the order the railway company has appealed.

There are two acts authorizing the county of Greenup to levy an ad valorem tax, the one to be found on page *44, Vol. 1, Acts of 1865,* the other on *page 495, Vol. 1, Acts of 1869,* but we perceive nothing in either of said acts which places this road and its fixtures upon a footing different from that of other railroads in this State.

This court in the cases of the *Louisville & Nashville Railroad Company v. Warren County Court, 5th Bush, 244,* and of *Applegate &c. v. Ernst &c., 3rd Bush, 648,* held that railroads are not legitimate subjects of local taxation under the general laws of the State.

The legislature has not indicated in either of the acts referred to an intention to subject the property of appellants to a burden not imposed upon similar property owned by other railroad companies.

The county court erred in refusing to sustain the motion to correct the assessment as to county as well as state taxation, and for this error its action is reversed and the cause remanded with instructions to correct the assessment in the manner indicated in this opinion.

*Dulin, for appellant.*

*Filson, for appellee.*